3 pages AN

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division - Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Ryan Samuel Smith _____ (1) Lydia Kay Grigsby _____
Plaintiff(s)                                              Defendant(s)
                        vs.   (2) _____
                              (3) _____

1123 Rippled Elm Ln Winter Springs FL 32708
Address                              Zip Code

Phone No. 321-278-7320    No. SC 2018SC-000246

## STATEMENT OF CLAIM

Proceeded with a federal claim 17-793c Illegal communications by interface. Proper personnel to motion forward and bring forth all information.

Claim amount $2,500

DISTRICT OF COLUMBIA, ss: Ryan Samuel Smith _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Ryan Samuel Smith    Ryan Samuel Smith    1123 Rippled Elm Ln
Plaintiff/Agent (Sign and Print Name)           Address
                                                Winter Springs FL 32708
                                                City/State/Zip Code
Title: _____                           Phone No.: 321-278-7320

Subscribed and sworn to before me this 10th day of January 20 18
                                       Andrew North    Andrew North
                                       Deputy Clerk (Notary Public)

Attorney for Plaintiff (Sign and Print Name) _____

Address _____  Zip Code _____
Bar No.: _____  Phone No.: _____

**FILED**
JAN 10 2018
Clerk
Superior Court
the District of Columbia
Small Claims Branch

NOTICE (All parties must notify the court of any address changes)

To:
(1) Lydia Kay Grigsby _____     (2) _____ Defendant
    Defendant

717 Madison Pl NW, Washington DC 20005
Address              Zip Code     Address              Zip Code
☐ Home  ☒ Business                ☐ Home  ☐ Business

You are hereby notified that Ryan Samuel Smith _____ has made a claim and is requesting judgment against you in the sum of twenty-five hundred  no change  dollars ($ 2500.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 2/8/18 _____ at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES
                                                                Deputy Clerk
                                                                Small Claims and Conciliation Branch

CV-471/Aug 2017



# Superior Court of the District of Columbia
## CIVIL DIVISION
Small Claims and Conciliation Branch
Building B, 510 4th Street, N.W., Room 120
Washington, D.C. 20001
Telephone (202) 879-1120



FILED
RECEIVED BY MAIL
FEB 2 6 2018
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

## ALIAS NOTICE OF STATEMENT OF CLAIM
(Re-issued Notice of Hearing)

**RYAN SAMUEL SMITH**
Plaintiff

vs.

Case No. 2018 SC2 000246

**LYDIA KAY GRIGGSBY**
Defendant

You are hereby notified that pursuant to the attached Statement of Claim, the plaintiff has made a claim and is requesting a judgment against you in the sum of TWO THOUSAND AND FIVE HUNDRED .00/100……………………………… dollars ($2,500.00). The court will hold a hearing upon this claim on April 05, 2018, at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, Room 119, 510 4th Street N.W., Washington, D.C. 20001

B. Perry
Deputy Clerk
Small Claims and Conciliation Branch

To:

(1.) **LYDIA KAY GRIGGSBY**
Defendant
717 MADISON PLACE N.W.
Address
WASHINGTON., D.C. 20005
City/State

☐ Home   ☒ Business

(2.) _____
Defendant
_____
Address
_____
City/State

☐ Home   ☐ Business

All Parties must notify the court of any address changes.

**BRING THIS NOTICE WITH YOU AT ALL TIMES.**

Attachment: Statement of Claim

SCANSOC

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

Plaintiff: Ryan Samuel Smith

vs

Defendant: Lydia Kay Grigsby

Case No: 2018SC2000246

Date: January 10, 2017

---

Name (please print): Ryan Samuel Smith

Firm Name, if applicable:

Telephone No: 321-278-7320

6 Digit Unified Bar No.: ☐

Relationship to Lawsuit:
- ☐ Attorney for Plaintiff
- ☒ Self (Pro Se)
- ☐ Other:

Do you need an interpreter for your case? ☐ Yes  ☒ No   If yes, what type:

AMOUNT IN CONTROVERSY:  ☐ $1 -$500   ☒ $500.01 - $2,500   ☐ $2,500.01 - $10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: 17-793C Federal   Case No:

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- ☐ Debt Suit
- ☐ Personal Property
- ☐ Unpaid Wages
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Loan
- ☐ Services Rendered
- ☐ Home Improvement Contract
- ☐ Negotiable Instrument
- ☐ Rent Due
- ☐ Security Deposit
- ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- ☐ Automobile
- ☐ Property Damage
- ☐ Conversion
- ☐ Destruction of Property
- ☐ Shop Lifting
- ☐ Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- ☐ Assault and Battery
- ☐ Automobile
- ☐ Harassment
- ☐ False Witness
- ☐ Personal Injury
- ☐ Fraudulent Misrepresentation
- ☐ Libel and Slander
- ☐ Negligence
- ☐ Slip and Fall

**D.** ☒ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement

**G.** ☐ **SUBROGATION** – a claim filed by one person in the place of another

**E.** ☐ **FOREIGN JUDGMENT** – a judgment, decree or order filed from another jurisdiction

**H.** ☐ **COLLECTION** – a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes  ☐ No

CV-3046/Rev. Dec. 2016